**Order filed, May 01, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00074-CV

_____

**JAMES  NEZAT, Appellant**

**V.**

**TUCKER ENERGY SERVICES, INC., Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-44349**

## ORDER

The reporter's record in this case was due **March 04, 2013**.  *See* Tex. R. App. P. 35.1.  On **March 26, 2013**, this court ordered the court reporter to file the record within 30 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Judith Kulhanek**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.  No further extension will be

entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Judith Kulhanek** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM